IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE WRIGHT,

        Plaintiff,

  v.

CORRECTIONAL HEALTH SERVICES, ET AL.

        Defendants.

No. 2:08-cv-00280-SPK

ORDER DISMISSING ACTION

The record reflects that on July 16, 2009, Plaintiff Wayne Wright's Application to Proceed In Forma Pauperis (IFP) was denied without prejudice and the Complaint was dismissed with leave granted to file an Amended Complaint. Plaintiff was given 30 days to file a new IFP Application and an Amended Complaint. Plaintiff was notified that if a new IFP Application or an Amended Complaint was not timely filed, the action would be subject to closure. It has been over six weeks and neither an Amended Complaint nor a new IFP Application has been filed. Accordingly, the Court DISMISSES the ACTION and directs the Clerk to enter judgment in favor of Defendants and close the file.

    IT IS SO ORDERED.

    DATED: August 31, 2009.



                                      Samuel P. King
                                      Senior United States District Judge